**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| ROBERT BRENT GOODWIN, | : |
| Petitioner, | : |
| | CIVIL ACTION NO. 18-0296-KD-MU |
| | : |
| vs. | CRIMINAL NO. 16-0008-KD |
| | : |
| UNITED STATES OF AMERICA, | : |
| Respondent. | |

## **ORDER**

After due and proper consideration of all portions of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 14, 2018 is **ADOPTED** as the opinion of this Court.

**DONE** this 14th day of March 2019.

        s/ Kristi K. DuBose
        KRISTI K. DuBOSE
        CHIEF UNITED STATES DISTRICT JUDGE