## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

ROBERT BRENT GOODWIN,      :

    Petitioner,           :

                    CIVIL ACTION NO. 18-0296-KD-MU

                    :

vs.                    CRIMINAL NO. 16-0008-KD

                    :

UNITED STATES OF AMERICA,      

                    :

    Respondent.

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that the government's motion to dismiss (Doc. 45) the

instant motion to vacate pursuant to 28 U.S.C. § 2255 (Doc. 43) be **GRANTED** and that

Robert Brent Goodwin's motion to vacate be dismissed as time-barred pursuant to 28

U.S.C. § 2255(f)(1) & (3). Goodwin is not entitled to a certificate of appealability and,

therefore, he is not entitled to appeal *in forma pauperis*.

    **DONE** this 14th day of March 2019.

                  s/ Kristi K. DuBose
                  KRISTI K. DuBOSE
                  CHIEF UNITED STATES DISTRICT JUDGE